United States District Court
Southern District of Texas

**ENTERED**

May 15, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CARLOS VIGIL QUISPE,                    §
                                        §
            Petitioner,                 §
                                        §
v.                                      §      CIVIL ACTION NO. H-26-2377
                                        §
PAMELA BONDI, et al.,                   §
                                        §
            Respondents.                §

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Respondents' Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE.**

Costs will be taxed against the Petitioner.

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this 15th day of May, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE